EDWARD HINCKEN et al., Executors, etc., Respondents, *v.* THE
MUTUAL BENEFIT LIFE INSURANCE COMPANY, Appellant.

(Argued June 13, 1872; decided June 20, 1872.)

THIS action was upon a policy of life insurance for $10,000
upon the life of Peter Rice, which sum was agreed to be paid
" within ninety days after due notice and proof of interest
and of the death of said Peter Rice." Upon the trial the
only evidence of compliance with this condition was in
response to the following question, asked a witness by defend-
ant's counsel: " Did you deliver preliminary proofs ?" The
witness answered that he did, at defendant's office, and fixed
the time more than ninety days before the commencement of
the suit. At the close of the evidence defendant's counsel
moved to dismiss the complaint upon the ground that plain-
tiffs were bound to produce in evidence the proofs served, or
some proofs, to show a performance of the condition prece-
dent, furnishing due proof of Rice's death ninety days before
suit brought.

The motion was denied and plaintiffs obtained a verdict.
*Held*, that the fact that preliminary proofs had been delivered
was some evidence of the performance of the condition prece-
dent, and these proofs being in defendant's possession, and it
not having accounted for or produced them, and having
received and retained them, as far as appears, without objec-
tion, it would not be assumed that they were defective, and
that the evidence was sufficient to sustain the verdict.

*Alvin C. Bradley* for the appellant.

*George G. Reynolds* for the respondents.

ALLEN, J., reads for affirmance.
All concur.
Judgment affirmed.